IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00251-CR

 

Venson Demon Hoskins,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 87th District Court

Freestone County, Texas

Trial Court # 97-193-CR

 



MEMORANDUM 
Opinion



 








        This is an attempted appeal of a revocation of
community supervision for possession of cocaine.  We will dismiss.

      The
clerk’s record contains the trial court’s certification of Appellant’s rights
of appeal, which states that this is a plea-bargain case and that Appellant has
no right of appeal.  See Tex. R. App. P.
25.2(a)(2), (d).  We dismiss.  See id.
25.2(d).

TOM
GRAY

Chief Justice




Before
Chief Justice Gray,

      Justice Vance, and

      Justice Reyna

Opinion
delivered and filed July 21, 2004

Dismissed

Do
not publish

[CR25]